Same case below, 579 F.3d 13.

**No. 09-875. Joshua Eli Raff, Petitioner v. California.**

561 U.S. 1005, 130 S. Ct. 3458, 177 L. Ed. 2d 1055, 2010 U.S. LEXIS 5137.

June 21, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-935. William Shorter, Jr., Petitioner v. United States.**

561 U.S. 1005, 130 S. Ct. 3462, 177 L. Ed. 2d 1055, 2010 U.S. LEXIS 4995.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 660.

**No. 09-949. Joyce K. Matsuo, et al., Petitioners v. United States, et al.**

561 U.S. 1005, 130 S. Ct. 3462, 177 L. Ed. 2d 1055, 2010 U.S. LEXIS 5012.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 586 F.3d 1180.

**No. 09-1065. United States ex rel. James Hopper and Colin Hutto, Petitioners v. Solvay Pharmaceuticals, Inc., et al.**

561 U.S. 1006, 130 S. Ct. 3465, 177 L. Ed. 2d 1055, 2010 U.S. LEXIS 5167.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 588 F.3d 1318.

**No. 09-1116. 573 Jackson Avenue Realty Corporation, Petitioner v. NYCTL 1999-1 Trust, et al.**

561 U.S. 1006, 130 S. Ct. 3466, 177 L. Ed. 2d 1055, 2010 U.S. LEXIS 5081.

June 21, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 13 N.Y.3d 573, 893 N.Y.S.2d 503, 921 N.E.2d 195.

**No. 09-1124. Antonio Guevara Mendoza, Individually and as Surviving Father of Carolina Guevara Rodriguez, Deceased, et al., Petitioners v. Bridgestone Firestone North American Tire, LLC, et al.**

561 U.S. 1006, 130 S. Ct. 3467, 177 L. Ed. 2d 1055, 2010 U.S. LEXIS 5087.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 591 F.3d 406.

**No. 09-1127. R. R., By His Next Friend E. R., Petitioner v. El Paso Independent School District.**

561 U.S. 1006, 130 S. Ct. 3467, 177 L. Ed. 2d 1055, 2010 U.S. LEXIS 5089.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 591 F.3d 417.